UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Renee Louis,

Plaintiff,

v.

Wyeth-Ayerst Laboratories and
American Home Products Corp.,

Defendants.

Civil 00-1694 JMR/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Aug 11, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

AUG 14 2000

FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

Please use

new case number

00 - 1694 JMR/JGL